IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:12CB3005 |
| | ) | VIOLATION NO. W0909989, |
| Plaintiff, | ) | W0909988, W0909984, |
| | ) | W0909982, W0909905, |
| v. | ) | W0909904, W0909902, |
| | ) | W0909901 |
| | ) | |
| KETHAN S. MERCURE, | ) | MOTION TO CONTINUE |
| | ) | INITIAL APPEARANCE |
| Defendant. | ) | |

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and moves the Court to continue the initial appearance presently scheduled for August 2, 2012, for the reason that the parties are in need of additional time to prepare. Steve Mercure, attorney for the defendant, does not object to this continuance. The undersigned respectfully requests that this initial appearance be continued until September 6, 2012.

        UNITED STATES OF AMERICA

        By:  DEBORAH R. GILG
             United States Attorney
             District of Nebraska

        And: *(signature)*
             ALAN L. EVERETT #15387
             Assistant U. S. Attorney
             487 Federal Building
             100 Centennial Mall North
             Lincoln, Nebraska 68508
             Telephone: (402) 437-5241

*[FILED stamp: U.S. DISTRICT COURT, DISTRICT OF NEBRASKA, 2012 JUL 27 PM 4:27, OFFICE OF THE CLERK]*

## **ORDER**

IT IS ORDERED that the initial appearance in this matter is continued to September 6, 2012.

Dated this 27th day of July, 2012.

BY THE COURT:

CHERYL R. ZWART
United States Magistrate Judge