IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| USA, | |
|---|---|
| Plaintiff, | **4:12CB3005** |
| vs. | |
| KETHAN S. MERCURE, | **ORDER** |
| Defendant. | |

The defendant is entitled to proceed before a district judge on at least one of the charges currently pending against him.  To assist the court in correctly and timely scheduling this case for trial,

IT IS ORDERED:

1)    On or before October 5, 2012, the defendant shall file a notice, signed by both the defendant and his counsel, advising the court as to whether the defendant will consent to final disposition by a magistrate judge as to all eight violations/counts currently pending against him.

2)    In the absence of timely filed consent to proceed before the undersigned magistrate judge, this case will be reassigned to a district judge.

3)    The clerk shall mail a copy of this order to counsel for the government and the defendant's counsel of record.

September 21, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge